UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                    STIPULATION

- v -

                                             Indictment # 07 CRIM 914 (LAK)

ANTHONY DAVIS AKA "BAL",

           Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

IT IS HEREBY STIPULATED AND AGREED by and between the parties that: the defendant's time to file motions will be extended until December 21, 2007 in the above captioned matter.

IT IS FURTHER AGREED by and between the parties that:

The signature of counsel for the United States of America may be executed via facsimile.

DATED:   New York, New York
         This 27th day of November 2007

_____              _____
Michael F. Rubin, Esq.                  Avi Weitzman, Esq.
Attorney for Defendant                  Attorney for United States of America
275 Seventh Avenue, 15th Floor          U.S. Attorney's Office, SDNY
New York, New York 10001                One Saint Andrew's
Tel. (212) 691-9395                     New York, New York 10007
                                        Tel. (212) 637-1205

_____
U.S.D.J.

12/7/07