**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 19, 2007

**BY HAND**
Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
Room 1310
New York, NY 10007

      Re:    United States v. Anthony Davis
            07 Cr. 914 (LAK)

Dear Judge Kaplan:

      The Government respectfully submits this letter to request an adjournment of the conference in the above-referenced case, currently scheduled for December 20, 2007, and an exclusion of time under the Speedy Trial Act.

      The Government and defense counsel have a agreed upon a plea agreement in principle, and the Government is currently finalizing the drafting of that plea agreement. However, because the defendant has an out-of-state conviction, it is taking the Government additional time to investigate and accurately reflect the defendant's criminal history. For this reason, while the Government and the defendant anticipate a plea at the next court conference, such a plea cannot be finalized by tomorrow. The Parties, therefore, jointly request a brief adjournment to permit the Government to finalize the necessary plea documents and defense counsel to review such documents with his client. The Government and defendant respectfully request an adjournment of the conference until January 11, 2007, at 11:00 a.m., which I am informed by Your Honor's deputy clerk is available on the Court's calendar. Defense counsel is available to appear in Court on that date as well.

      In addition, the Government respectfully requests, with defense counsel's consent, that time be excluded for purposes of the Speedy Trial Act from today through and including the date of the next scheduled court conference. The Government makes this request in order to permit the Government and defendant an opportunity to finalize a plea agreement and dispose of

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

Honorable Lewis A. Kaplan
December 19, 2007
Page 2

the case short of trial. Therefore, the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney

                                      By: _____
                                            Avi Weitzman
                                            Assistant United States Attorney
                                            (212) 637-1205

cc:     Michael Ruben, Esq.
        (by fax: 212-691-1485)

*[Handwritten: Granted. Time excluded thru 1/11/08 for reasons above]*

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
*[Handwritten date: 12/20/07]*