# KELLY & RUBIN, LLP.
ATTORNEYS AT LAW

275 SEVENTH AVENUE, SUITE 1505, NEW YORK, NEW YORK 10001
TEL: 212-691-9393 • FAX: 212-691-1485 • EMAIL: info@kellyrubin.com

March 27, 2008

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

RE:  U.S. v. Anthony Davis
     Case No: 07 CR 914 (LAK)

Judge Kaplan:

I am counsel for the above referenced defendant Anthony Davis. Mr. Davis is scheduled to appear before your Honor on April 11, 2008 to be sentenced pursuant to his plea of guilty to the above reference indictment.

I am writing to respectfully request an adjournment of the sentencing date. I am making this request to obtain additional time to prepare my sentencing submission letter. I have spoken to the assigned A.U.S.A., Mr. Weitzman, and he has no objection.

Any date after May 11, 2008 that is convenient for the court would provide sufficient time.

Respectfully submitted

Kelly & Rubin, LLP.

Michael F. Rubin, Esq.(MR0697)

mfr:davisA.106