Mrs. Beverly Warren
650 Lenox Avenue
Apt. 15H
New York, New York   10037
(212) 690-4837

March 21, 2008

Honorable Louis Kaplan
MCC
150 Park Row
New York, New York

Re:     **Anthony Davis**
        **Inmate No.: 299-26-054**

Dear Honorable Sir:

I am respectfully writing this letter to express the hardship that I would endure if my son Anthony Davis were to be sentenced to a jail facility located far away from my home.

I was diagnosed with colon cancer in 2003 which has now spread to my ovaries. Because of this I am struggling with excruciating pain everyday. I haven't even been able to visit him where he is at the present, because I have been in and out of two different hospitals eight times or more during the past few months. It would be absolutely impossible for me to travel a far distance, as I am unable to get around the way I would like with my medical condition.

I would appreciate any help you could give me with regard to my circumstance, or give any advice as to how I can have my son located closer to me.

Thank you for your kind consideration.

Very truly yours,

*Mrs Beverly Warren*

November 8, 2007

To Whom It May Concern:

    As Anthony's wife I feel that this would be the perfect opportunity to give you a glimpse Of the man I love. Anthony is the love of my life. And will always be. It amazes me how a person could be so smart and have such potential and end up in a situation like this.

    He's a great husband and father to his daughters. I mean he reads bedtime stories, cooks and he even does laundry. He's the backbone of our family. My daughter and I need him like we need air to breath. The unconditional love that he gives is amazing. Have you ever heard the phrase things are not always what they seem? Well that's the case when it comes to my husband. He's not this career criminal that his paperwork states.

    My husband and I were born and raised in Harlem NY. Our communities are filled with Poison and very few make it out. We came up with a plan to get out of the city and raise our family in an environment other than the one we were raised. So we saved as much money as we could and moved to Pennsylvania. Since Anthony has a record being a cop is out of the question, working for transit, no way, sanitation and city jobs are all off limits. So he brought into a franchise called coverall cleaning and has been working his business for over a year. My husband is on the path to reclaim his life. He's making all his wrongs right. He's a man with a family that needs him.

My husband and I have been working for years to get our lives on the right track. Anthony has had some trouble in the past. But that is not what should define him. What should define him are the things that he has done to give others hope. The things that he has done to make his community better. He's no activist. But Anthony cares for his people. And anyone in need he'll try his best to help. He planned fundraisers to purchase school supplies for the less fortunate children in our community. He has given cleaning jobs to unemployed men so they can feed their families. He also supports community sports events by donating funds for uniforms, trophy's and supplies. . He also participates in a food drive that feeds the homeless on thanksgiving. These are just a few things that I think about when I think of the situation that my husband is in.

    I said all this to say I need my husband. He plays a very important role in our household. I have no Idea how I will make it without him. Aside from Anthony being my husband he's my friend.

    If I may suggest you speaking to Anthony and you will see. He's a man trying to do his best to overcome all the obstacles that have been placed in his path.

Sincerely,

*[signature]*

Lonise Davis
347-291-5685

March 25, 2008

Anthony DAvis
29926-054
Metropolitan Correctional Center
150 Park Row
New York, New York  10007

Honorable Judge Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Dear Judge Kaplan:

    This letter is written to you regarding my April 11, 2008 sentencing in my criminal case. In addition to the information in my Pre-Sentence Report, I would like to personally communicate some details of my life and my situation. Please give this whatever appropriate consideration you deem fit while determining my sentence.

    First of all, I would like to apologize to the Honorable Court for my crime. In the 11 months that I have been held in the MCC, I have had considerable time to reflect on my crime and the regrets I have. It has taken the tribulation of being incarcerated for me to appreciate the damage and harm done by drug distribution and use. Being 37-years-old, I certainly understand that through my crime I participated in an attack upon society. Crack cocaine destroys families and leads to the deterioration of entire communities. My actions were wrong and I apologize for my trangressions. I have harmed myself, society, and my family. I take full responsibility for my actions and can only apologize to society through the Honorable Court.

(2)

    I have already began to attempt rehabilitation by directing my efforts at holding my family together. My family comes before anything and I have deep, searing regret for criminal activity that indicates otherwise. I was brought up to know better by my mother and stepfather, who remain supportive. I have not seen my mother in a year as she battles colon cancer that has spread into her cervix and liver. Until her condition stabilizes, she will not be able to visit me, which has hurt her more than me. My wife Lonise has been a source of strength for me as she continues to raise my two children without my presence. I have two daughters; Zanaya, age 11, and five-year-old Madison. It is painful to not be at home to lend guidance to my daughters, especially as Zanaya receives counseling.

    During my time here at the MCC, I have grown tremendously. This experience has given me a newfound respect and appreciation for the law. I have now met individuals who will never return to society. This is very humbling. I will use my time in prison to seek ways to better myself and to grow as a person and as a parent.

    Upon release, I am determined to find ways to make positive contributions to the community. I feel such a sense of loss for the years I will be losing while in prison that I intend to have major impact on the world around me.

    In the MCC, I have completed a "Positive Lifestyle" class and a program on legal research and will take advantage of the increased educational and vocational opportunities that will come after I am designated to an institution.

    Your Honor, I ask you for leniency so that I can return to my wife and family at the earliest opportunity. I most sincerely apologize for my actions and pledge to be the best

(3)

citizen, son, husband, and father that I can be. Any compassion you could show would be greatly appreciated. Please consider this information when rendering your decision. I thank you for your time and attention.

Respectfully,

Anthony Davis

cc: Mr. Michael F. Rubin
    Defense Counsel

# Certificate of Completion

## Legal Research Class

This Certificate is being awarded for completion of the Legal Research Class at the Metropolitan Correctional Center, New York.

**January 2nd, 2008**

**Presented to:** **Anthony Davis**

_____
Ms. L. Hicks, Teacher



United States Department of Justice
Federal Bureau of Prisons

Certificate of Achievement

ANTHONY DAVIS

has satisfactorily completed the requirements for **BEHAVIORAL MANAGEMENT** and is hereby awarded this

Date: 1-11-08

D. A. P. Coordinator

Drug Treatment Specialist