UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -                               **ORDER**

ANTHONY DAVIS,                       07 Cr. 914 (LAK)

        Defendant.

- - - - - - - - - - - - - - - - - x

WHEREAS, with the consent of the defendant, his guilty plea allocution was taken before Magistrate Judge Andrew J. Peck on January 14, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon a review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count I of the Indictment knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           Feb. 13, 2008

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08