Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Southern District of New York

FILED U.S. DC
JUN 11 2008
S.D. OF N.Y.

Docket No.: 07Cr914 (LAK)

Lewis A. Kaplan
(District Court Judge)

Notice is hereby given that **Anthony Davis** appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [___] (specify)

entered in this action on **June 2, 2008** (date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date **June 11, 2008**

TO **Michael F. Rubin, Esq. (MR-0697)**
(Counsel for Appellant)
Address **275 Seventh Ave, Suite 1505**
**New York, NY 10001**

Telephone Number: **212-691-9393**

ADD ADDITIONAL PAGE (IF NECESSARY)

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER**  ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

Prepare transcript of                                         Dates
[ ] Prepare proceedings _____
[ ] Trial _____
[✓] Sentencing  May 16, 2008
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment  [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE  /s/                    DATE **June 11, 2008**

---

▶ **COURT REPORTER ACKNOWLEDGMENT**     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05