UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                    07-cr-0914 (LAK)

ANTHONY DAVIS,

        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of a letter from the defendant in which he asks for termination of what he calls probation but presumably is supervised release. The letter does not indicate that a copy was served on the United States Attorney's office, which is essential.

        Accordingly, the request is denied without prejudice. If the defendant wishes to renew his application, he must filed with the Clerk a motion to do so with proof that he has served the motion on the United States Attorney's office. If defendant needs help to do so, he should contact the Court's Pro Se office.

        The Clerk shall mail a copy of this order to the defendant at the address on the envelope attached to his letter which is being sent for docketing.

        SO ORDERED.

Dated:     June 8, 2021

                                                    Lewis A. Kaplan
                                           United States District Judge