UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Plaintiff

MEMO ENDORSED

v.

Case No. 07-Cr-0914(LAK)

ANTHONY DAVIS,
Defendant

---

MOTION TO REQUEST TERMINATION OF SUPERVISED RELEASE PURSUANT
TO 18 U.S.C. SECTION 3583(e)(1)

---

Comes now Anthony Davis, pro se, defendant, ("Davis" herein) to respectfully request this Court terminate the remaining portion of his supervised release.

In support thereof Davis puts forth the following.

JURISDICTION:

This Court has jurisdiction pursuant to 18 U.S.C. Section 3583(e) to "terminate a term of supervised release...[at] any time after one year of supervised release pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation..." Id. See also, 18 U.S.C. Section 3564(c), both incorporating Federal Rules of Criminal Procedure (i.e. Rule 32.1(c)).

1

Memorandum Endorsement                                    United States v. Davis, 07-cr-0914 (LAK)

   The Court is happy to acknowledge that Mr. Davis seems to have made positive changes in his life and to have complied with the terms of his supervised release. Nevertheless, Mr. Davis was deemed a career offender at sentencing due to a prior record involving violence. The Probation Department, moreover, has pointed out that Mr. Davis has not sought permission to travel across state lines for employment and that it would consider such requests from Mr. Davis should he make them.

   In the circumstances, the request for early termination of supervised release (Dkt 62) is denied. But Mr. Davis should raise his desire to seek employment in interstate trucking with his probation officer.

   SO ORDERED.

Dated:  March 2, 2022

                     _____
                     Lewis A. Kaplan
                     United States District Judge